No. 15,878.

Squires et al. *v.* McNulty.
(195 P. [2d] 742)

Decided June 21, 1948.

Per Curiam.

Judgment affirmed en banc without written opinion.

Mr. Allyn Cole, for plaintiffs in error.

Mr. Frank Delaney, for defendant in error.